**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | NO. 02-813-02 |
| | : | |
| **RONALD MAPP** | : | |

## ORDER

**NOW**, this 10th day of August, 2021, upon consideration of the defendant's Motion for Compassionate Release (Document No. 249), the government's response, the government's supplemental response and the defendant's reply, it is **ORDERED** that the motion is **DENIED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.